Dismissed and Memorandum Opinion filed June 19, 2003









Dismissed and Memorandum Opinion filed June 19, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00521-CV

____________

 

HAROLD
J. BRELSFORD, M.D., Appellant/Cross-Appellee

 

V.

 

DONA
G. EDDINS, Appellee/Cross-Appellant

 



 

On Appeal from the 80th District Court

Harris
County, Texas

Trial Court Cause No. 01-02062

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed April 3, 2003.

On June 16, 2003, 2003, the parties filed an agreed motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 19, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.